**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| SHAKA BROWN | CIVIL ACTION NO. 25-1797 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| NASHVILLE QUALITY, LLC D/B/A BURGER KING | MAGISTRATE JUDGE McCLUSKY |

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge, the written objections having been filed, and the plaintiff's response to the objections, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss filed by defendant Nashville Quality, Record Document 8, is **GRANTED IN PART AND DENIED IN PART.** The motion is **GRANTED** to the extent that plaintiff, Shaka Brown, appears to assert a sex discrimination claim separate and apart from her sexual harassment claimed, but **DENIED** to the extent that plaintiff asserts a sexual harassment claim as a form of sex discrimination.

**IT IS FURTHER ORDERED** that defendant Nashville Quality's Motion to Dismiss, Record Document 8, as to plaintiff Shaka Brown's retaliation claim is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff Shaka Brown's alternative request for leave to amend her complaint is **DENIED**, without prejudice to her right to move for reconsideration under Rule 54(b).

**DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of October, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE